# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR-21 | F5483989 | THOMPSON | 2298 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 7/26/25 1620 | 36 CFR 261.52g |

Place of Offense: Sand Springs Cabins

Offense Description: Factual Basis for Charge — HAZMAT ☐

Operation of chainsaw during fire Restrictions

### DEFENDANT INFORMATION

Last Name: Johnson
First Name: Todd
MI: S

[Street Address and personal info redacted]

Tag No. | State | Year | Make/Model | PASS | Color

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy):
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy
*F5483989*
FS-5300-4 (7/2022)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/26, 20 25 while exercising my duties as a law enforcement officer in the _____ District of OREGON

See Attached

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/26/25    [Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident, PASS= 9 or more passenger vehicle
CDL= Commercial drivers license, CMV= Commercial vehicle involved in incident

CVB SCAN 08/20/2025 13:7